DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____<br><br>IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION<br>_____<br><br><br>WANDA F. PATTON,<br><br>                 Plaintiffs,<br><br>      vs.<br><br>Pfizer, Inc., et al.<br>                 Defendants. | ) **Case Specific Number**<br>)<br>) **MDL NO. 1699**<br>) **C 07 1869 CRB**<br>) **District Judge:  Charles R. Breyer**<br>)<br>)<br>)<br>)<br>)<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITHOUT PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

Come now the Plaintiff, Wanda F. Patton, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1

DATED: _____, 2007      MATTHEWS & ASSOCIATES

2

3                    By: _____

4                    DAVID P. MATTHEWS
                        Fed No.11816

5                    JASON C. WEBSTER
                        Fed No. 30910

6                    2905 Sackett
                        Houston, TX 77098

7                    Tel: 713 222 8080
                        Fax: 713 535 7184

8                    Attorneys for Plaintiff

9

10     DATED: ____, 2007      GORDON & REES

11                   By: _____

12

13                   Stuart M. Gordon
                    Attorneys for Defendants

14

15

16    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18    Dated: May 24, 2007

19                   Hon. Charles R. Breyer
                      United States District Court

20                      IT IS SO ORDERED

21                      Judge Charles R. Breyer

22

23

24

25

26

27

28

PFZR/1035934/1030331v.1