DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br>MDL NO. 1699<br>C 07 1869 CRB<br>District Judge: Charles R. Breyer |
| GINA M. COTTRELL-MARSH,<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>            Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff, GINA M. COTTRELL-MARSH, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

| | | |
|---|---|---|
| 1 | DATED: 6/12, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID P. MATTHEWS<br>Fed No.11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | DATED: 6·14, 2007 | GORDON & REES |
| 11 | | By: _____ |
| 12 | | Stuart M. Gordon |
| 13 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 14, 2007

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE