David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1869 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| John C. Adams, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Pfizer Inc., et al.<br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, John Adams, Connie Anderson, Emma Barnes, Jon Bishop, Lida Brooks, Lottie Broussard, Gina M. Cottrell-Marsh, Nina Gardner, David Kinney, Dennis Kolda, Michael Lacey, William McDuell, Varren Murakami, Wanda Patton, James Pickering, Rebecca Pilon, Richard Portillo, Luz Quinonez, Vidal Ramirez, Edith Raus, Andre Reynolds, Individually and on behalf of Billie Reynolds, Brenda Roberson, Tyrone Robinson, J.T. Simmons, Teresa Smith, Donald St. Martin, Edwin Thompson, Ida Turner, Pearlie Williams, Burnic Williams, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**

-1-

**prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010  MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010  DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court