1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  Matthews & Associates
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07 1869 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| John C. Adams, et al.,<br>　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, HERMAN J. MITCHELL, LORRIN L. WAGNER, MICHELE J. WARREN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009          MATTHEWS & ASSOCIATES

                              By: /s/ David P. Matthews
                              David P. Matthews
                              Attorneys for Plaintiffs

-1-

1  DATED: February 4, 2010    DLA PIPER LLP (US)

2
    By: _____
3       Michelle W. Sadowsky
        Attorneys for Defendants
4

5

6

7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8

9  Dated: April 5, 2010   _____
                          Hon. Charles R. Breyer
10                        United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE